**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-1274**

---

In re:  ANTONIO DAVIS, a/k/a Tank Top,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (1:13-cr-00002-RDB-1)

---

Submitted:  April 22, 2026                     Decided:  May 11, 2026

---

Before WILKINSON, THACKER, and BERNER, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Antonio Davis, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Davis petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 motion and his supplements to that motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently entered an order denying Davis's § 2255 motion and its supplements. Accordingly, we deny the mandamus petition as moot.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] Insofar as Davis's mandamus petition might also be construed to allege undue delay in resolving his compassionate release motion, the district court has since granted in part that motion. To the extent Davis might seek a writ of mandamus declaring invalid one or more of his firearm convictions, such relief is not available by way of mandamus because the district court's order resolving Davis's § 2255 motion rejected that claim and Davis can seek to appeal that order. *See In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007) (recognizing that mandamus cannot be used as substitute for appeal).